# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| Gwynn Lumpkin and Leslie Krenek | ) |
| v. | ) Case No.: 2:15-cv-190 |
| Aransas County, Texas | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  08/30/2016  against  Plaintiffs Lumpkin & Krenek ,
                                                                *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................ | $ |
| Fees for service of summons and subpoena ......................... | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 1,238.70 |
| Fees and disbursements for printing ................................ | |
| Fees for witnesses *(itemize on page two)* ......................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ......................... | 72.90 |
| Docket fees under 28 U.S.C. 1923 ................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ....................... | 0.00 |
| Compensation of court-appointed experts ............................. | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)*  Mediation Fee ....................... | 600.00 |
| TOTAL $ | 1,911.60 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  /s/ Brian Miller

Name of Attorney:  Brian Miller

For:  Aransas County, Texas                                    Date:  09/13/2016
      *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*          *Deputy Clerk*          *Date*

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
     Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

     When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

     Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print          Save As...                                                                                                                    Reset

60,200- MKM

# FASTWRITE DEPOS
5464 COUNTY ROAD 79
ROBSTOWN, TEXAS 78380
(361) 510-4710
fastwritedepos@aol.com

---

## INVOICE

---

DATE:   March 22, 2016                                   INVOICE NO. 16-027

TO:     MS. MYRA MORRIS
        Royston, Rayzor, Vickery & Williams, L.L.P.
        802 N. Carancahua
        1300 Frost Bank Plaza
        Corpus Christi, Texas 78401

CASE NUMBER:   2:15-cv-00190
CASE NAME:     Lumpkin et al vs. Aransas County, Texas

---

DEPOSITION

| | |
|---|---:|
| 3-10-16 – Leslie Krenek (Original) | $377.00 |
| 3-10-16 – Gwynn Lumpkin (Original) | 687.00 |
| 3-10-16 - Kristen Blanford (Copy) | 174.70 |

Total Amount Due    $1238.70
(Due Upon Receipt)



# Texas Workforce Commission
## Austin, Texas
### Open Records - Invoice

| Client Mailing Address: | Invoice Address (if other than client address): |
|---|---|
| Henrietta Clark<br>Royston Rayzor<br>802 N. Carancahua, Ste. 1300<br><br>Corpus Christi     TX  78401-0021 | |

Request Order #:  150602-003
Subject Reference:  Leslie Krenek
Request Rec'd Date:  6/2/2015

Date Information Released:
Invoice Date:  10/5/2015

|  |  |
|---|---|
| Total Charges: | $72.90 |
| Amount Paid: | $0.00 |
| Date Paid: | |
| Balance Due: | $72.90 |

Comment

---

**Make Payable To:** Texas Workforce Commission
Revenue And Trust Management
P.O. Box 877
Austin, Texas 78767
**Questions To:**  Roy Alejo-Waits

TDD 1-800-735-2989
TWC's FEIN: ███
RTI Code:  161415
Phone #:   512-463-2421
Fax #:     512-463-2990

 **Cut here and return bottom portion with payment**

---

**Please return this portion with payment**

**Please include Request Job   150602-003   on your check by: 10/20/2015**

Previously Paid:    $0.00     **Balance Due:**   $72.90     **Amount Paid:** _____

Payment From:
Requester Name:  Henrietta Clark
Street Address 1:  802 N. Carancahua, Ste. 1300
Street Address 2:
Street Address 3:
City:   Corpus Christi       State: TX    Zip 78401-0021

Send Payment To:
Texas Workforce Commission
Revenue And Trust Management
P.O. Box 877
Austin, Texas 78767

Assigned To:  Roy Alejo-Waits

## Itemized Search Items

**UI Claim Info. Within last 10 yrs (CTHI)**
Units are SSNs

| | | | |
|---|---|---|---|
| Pages: | 0 | @$0.00 /page | $0.00 |
| Units: | 1 | @$10.00 /Unit | $10.00 |
| Labor Hours: | 0 | @$0.00/hr | $0.00 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $10.00 |

**UI-Determinations (printout - overnight run)**

| | | | |
|---|---|---|---|
| Pages: | 0 | @$0.00 /page | $0.00 |
| Units: | 3 | @$5.00 /Unit | $15.00 |
| Labor Hours: | 0 | @$0.00/hr | $0.00 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $15.00 |

**UI-Teleserve (printout - overnight run)**
UI-Teleserve (printout - overnig

| | | | |
|---|---|---|---|
| Pages: | 15 | @$0.10 /page | $1.50 |
| Units: | 1 | @$10.00 /Unit | $10.00 |
| Labor Hours: | 0 | @$0.00/hr | $0.00 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $11.50 |

**Audio Recordings (tapes and/or CDs)**
Unit is Tape/CD

| | | | |
|---|---|---|---|
| Pages: | 0 | @$0.00 /page | $0.00 |
| Units: | 1 | @$1.00 /Unit | $1.00 |
| Labor Hours: | .25 | @$18.00/hr | $4.50 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $5.50 |

**Appeals-FileNet**
Electronic

| | | | |
|---|---|---|---|
| Pages: | 43 | @$0.10 /page | $4.30 |
| Units: | 1 | @$10.00 /Unit | $10.00 |
| Labor Hours: | 0 | @$0.00/hr | $0.00 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $14.30 |

## Itemized Search Items

**Certification Charges**

**Certification Charges**

| | | | |
|---|---|---|---|
| Pages: | 0 | @$0.00 /page | $0.00 |
| Units: | 1 | @$15.00 first unit + @$5.00 /add'l Units | $15.00 |
| Labor Hours: | 0 | @$0.00/hr | $0.00 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $15.00 |

**Publication - UI Program Booklets**

**Publication - UI Program Bookl**

| | | | |
|---|---|---|---|
| Pages: | 0 | @$0.00 /page | $0.00 |
| Units: | 1 | @$1.60 /Unit | $1.60 |
| Labor Hours: | 0 | @$0.00/hr | $0.00 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $1.60 |

Please mail your payment of the Balance Due Amount to the address listed above. Please reference the TWC Request # listed above on your payment. Failure to properly identify payment will result in delays.

Records will be mailed to the Client Mailing address listed above upon receipt of payment unless you schedule an appointment to pick-up records with the individual listed above. Records will not be released until full payment is received.

**ROYSTON RAYZOR VICKERY & WILLIAMS L L P**
ATTORNEYS-AT-LAW
802 N CARANCAHUA STE 1300
CORPUS CHRISTI, TX 78401
PH: 361-884-8808

22839
30-9/1140
66

Frost
www.frostbank.com

DATE 3-9-2016

PAY TO THE ORDER OF: Texas Workforce Commission    $ 72.90

Seventy-two + 90/100 DOLLARS

Audio Records, 60.00
Kruse v Aransas Co.

THIS CHECK IS DELIVERED IN CONNECTION WITH THE FOLLOWING ACCOUNTS

# ANDREW J. LEHRMAN
## Attorney-Mediator
Gaslight Square
1001 Third Street, Suite 1
Corpus Christi, Texas 78404
Telephone (361) 884-4981 – Fax (361) 888-7697
e-mail: alehrman@albmlaw.com

May 16, 2016

Myra K. Morris
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
Frost Bank Plaza, Suite 1300
802 N. Carancahua
Corpus Christi, Texas 78401
Via Electronic Mail

Jon Brooks
B R O O K S  L L P
400 Mann Street, Suite 1001
Corpus Christi, Texas 78401
Via Electronic Mail

## STATEMENT

### SERVICES RENDERED

**Federal Tax I.D. #:** ███
Please make checks payable to "Anderson, Lehrman, Barre & Maraist, LLP"

Re: Case No. 2:15-cv-00190; *Gwynn Lumpkin and Leslie Krenek vs. Aransas County*; In the District Court of Texas for the Southern District of Texas - Corpus Christi Division

*Client No. 467*
*Matter No. 21883*

| Date | Description | Amount |
|---|---|---|
| 06/06/16 | Half Day Mediation Fee (per party) | $600.00 |